```
                   IN THE UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDEL MURI,                       )
                                   )    2:05-cv-1555-GEB-CMK
                    Plaintiff,     )
                                   )    ORDER
     v.                            )
                                   )
RALEY'S INC.; RALEY'S EMPLOYEE     )
WELFARE PLAN; METROPOLITAN LIFE    )
INSURANCE COMPANY,                 )
                                   )
                    Defendants.    )
                                   )
```

On December 9, 2005, Plaintiff filed a "Motion for Discovery" in this ERISA action, requesting that "the Court issue an order allowing discovery so that [P]laintiff can determine what information was utilized in making the decision to terminate her benefits." (Pl.'s Notice of Mot. at 2.) Plaintiff contends that such an order is necessary because "the 'administrative record,' as provided by [D]efendant[s] is incomplete." (Pl.'s Mem. of P & A at 1.) Plaintiff specifically requests that the Court permit her to request production of the complete administrative record, propound interrogatories, and take depositions. (Id. at 4-5.) Defendants oppose Plaintiff's motion and argue that the entire administrative record was presented to Plaintiff as part of Defendants' initial discovery disclosure.

Plaintiff's motion was heard on January 9, 2006. At the hearing Plaintiff's counsel argued that Defendants had not produced

1 the entire administrative record.  When the Court asked Defendants'
2 counsel whether she could definitively state that the complete
3 administrative record had been produced, counsel stated that it was
4 possible some documents had been inadvertently omitted or over-looked.
5 Defendants' counsel also indicated that Defendants would agree to
6 conducting an additional search to determine whether other documents
7 exist that constitute part of the administrative record, which were
8 not included in Defendants' initial discovery disclosure; and would
9 file a declaration concerning the search.  Plaintiff's counsel agreed,
10 but indicated that interrogatories may be necessary concerning whether
11 Dr. Thomas and/or the nurse consultant wrote a report detailing the
12 review of Plaintiff's claim file.  Defendants' counsel agreed that the
13 ensuing search will ascertain whether either referenced report was
14 prepared.

15 Defendants have agreed to produce to Plaintiff any documents
16 found during the referenced search that constitute part of the
17 administrative record, which were not included in Defendants' initial
18 discovery disclosure, and to file a declaration or declarations
19 regarding Defendants' search no later than thirty days from
20 January 9, 2006.  Based upon this resolution of Plaintiff's motion,
21 Plaintiff's motion is either partly granted as stated in this Order,
22 or it is denied.

23 IT IS SO ORDERED.
24 Dated:  January 10, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2