J. Russell Stedman (117130)
Kathleen E. Dyer (227216)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California  94108
Telephone:  (415) 434-2800
Facsimile:  (415) 434-2533

Attorneys for Defendants
RALEY'S INC., RALEY'S EMPLOYEE WELFARE
PLAN, and METROPOLITAN LIFE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDEL MURI,<br><br>      Plaintiff,<br><br>vs.<br><br>RALEY'S INC., RALEY'S EMPLOYEE WELFARE PLAN; METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>      Defendants. | CASE NO.: 2:05-CV-01555-GEB-CMK<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS' COMPLIANCE WITH ORDER OF JANUARY 10, 2006** |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

-1-                                         2:05-CV-01555-GEB-CMK
[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS' COMPLIANCE

PDF created with pdfFactory trial version www.pdffactory.com

# **O R D E R**

On the Stipulation of the parties, and good cause appearing, it is Ordered that Defendants shall produce to Plaintiff any documents found during their additional search for documents related to Plaintiff's claim file, which were not included in Defendants' initial disclosure, and file a declaration or declarations regarding Defendants' search no later than March 10, 2006.

**IT IS SO ORDERED.**

DATED: February 15, 2006

    /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.

United States District Judge

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-   2:05-CV-01555-GEB-CMK
[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS' COMPLIANCE

PDF created with pdfFactory trial version www.pdffactory.com